UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EZZIE CHARLES JOHNSON  : | |
| : | CIVIL ACTION NO. 3:22-1920 |
| Petitioner  : | |
| : | (JUDGE MANNION) |
| v.  : | |
| MELINDA ADAMS,  : | |
| Respondent  : | |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1) the Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (Doc. 1) is **DENIED**; and

2) The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 17, 2024**
22-1920-01